## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

JOSHUA KUHN,

        Plaintiff,

v.                                  CIVIL ACTION NO. 3:22-0486

JASON CASTO,

        Defendant.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant the Motion to Dismiss (ECF No. 78); dismiss the complaints filed in this matter without prejudice; and remove this action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations and **GRANTS** the Motion to Dismiss (ECF No. 78); **DISMISSES** the complaints filed in this matter without prejudice; and **REMOVES** this action from the docket of the Court.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        March 5, 2024

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE